| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | NEAL A. FISHER, JR. (State Bar No. 265596)<br>   nealfisher@dwt.com<br>TERESA FITZGERALD (State Bar No. 152558)<br>   teresafitzgerald@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor<br>Los Angeles, California  90017-2566<br>Telephone:  (213) 633-6800<br>Fax:  (213) 633-6899<br><br>Attorneys for Defendants<br>ORCHARD SUPPLY COMPANY, LLC AND<br>LOWE'S HOME CENTERS, LLC<br>(ERRONEOUSLY SUED AS ORCHARD<br>SUPPLY HARDWARE STORES<br>CORPORATION, LOWE'S COMPANIES, INC.,<br>AND LOWE'S HIW, INC.) | JS-6 |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY ENNIS, an individual,<br><br>             Plaintiff,<br><br>  vs.<br><br>ORCHARD SUPPLY HARDWARE STORES CORPORATION, a Delaware corporation, LOWE'S COMPANIES, INC., a North Carolina corporation, LOWE'S HIW, INC., a North Carolina corporation, LOWE'S HOME CENTERS, INC., a North Carolina corporation, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No. 2:20-CV-02280 MWF (JPRx)<br><br>*[Assigned for all purposes to Honorable Judge Michael W. Fitzgerald]*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  October 14, 2019 |

**TO THE COURT, CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Finding good cause, the Court grants Plaintiff Tommy Ennis and Defendant Orchard Supply Company, LLC and Defendant Lowe's Home Centers, LLC (erroneously sued as Orchard Supply Hardware Stores Corporation, Lowe's Companies, Inc., and Lowe's HIW, Inc.) "Stipulation for Dismissal With Prejudice."

Accordingly, **IT IS HEREBY ORDERED** that:

The above-captioned action is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  November 4, 2020

_____
MICHAEL W. FITZGERALD
United States District Court

2
ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
4819-4171-5920v.1 0086846-000074